Hoke *v.* Walthour et al., Appellants.

Argued April 14, 1965. *Daniel J. Snyder,* with him *Avra N. Pershing, Jr.,* for appellants; *John N. Scales,* with him

*Clarence F. McBride,* and *Scales and Shaw,* for appellee.

Order affirmed.

FLOOD, J., absent.